Form 27 - AFFIDAVIT OF SERVICE



**SULLIVAN AND CROMWELL**
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

AIRBNB, INC.

index No. **1:18-cv-07712-PAE**
Date Filed
Office No.
Court Date.

PLAINTIFF
- vs -

CITY OF NEW YORK

DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**BOBBY W RUSSELL** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **27TH** day of **AUGUST, 2018** **3:16PM** at
**100 CHURCH STREET**
**NEW YORK NY 10007**
I served a true copy of the **SUMMONS AND COMPLAINT** upon **CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **BETTY MAZYCK, CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **BLACK** HAIR: **SALT AND PEPPER**
APP.AGE: **60** APP. HT: **5'6** APP. WT: **215**
OTHER IDENTIFYING FEATURES
**GLASSES**

COMMENTS:

Sworn to before me this
28TH day of AUGUST, 2018

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

BOBBY W RUSSELL DCA LIC #2030308
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-SC2-898251

2a