UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIRBNB, INC.,<br><br>      Plaintiff,<br>  v.<br><br>THE CITY OF NEW YORK,<br><br>      Defendant. | CIVIL ACTION NO. 18-cv-7712-PAE<br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, attached as Exhibit A to the letter from Roberta A. Kaplan dated August 30, 2018, the accompanying Declaration of David Countryman and the exhibits attached thereto, and the accompanying Declaration of John C. Quinn and the exhibits attached thereto, Plaintiff Airbnb, Inc., by and through its undersigned counsel, will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date to be determined, for an order preliminarily enjoining Local Law 2018/146, N.Y.C. Admin. Code § 26-2101-5, and such other relief as this Court deems just and proper.

-2-

Dated: New York, New York
August 30, 2018

/s/ Roberta A. Kaplan
Roberta A. Kaplan
KAPLAN, HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York  10118
(212) 763-0883
rkaplan@kaplanhecker.com

Sharon L. Nelles
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
(212) 558-4000
nelless@sullcrom.com

*Attorneys for Plaintiff Airbnb, Inc.*