

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER** | **LAW DEPARTMENT** | **CARLOS F. UGALDE ALVAREZ** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | Phone: (212) 356-2212<br>Fax: (212) 356-2019<br>cugalde@law.nyc.gov |

December 3, 2018

**Via ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

        Re:   <u>Airbnb, Inc. v. City of New York,</u> 18-cv-7712
               <u>HomeAway.com, Inc. v. City of New York</u>, 18-cv-7742

Your Honor:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for Defendant City of New York ("City") in the above-entitled consolidated actions.

      I respectfully write to supplement the City's letter, dated October 12, 2018, describing the Mayor's Office of Special Enforcement's ("OSE") history in issuing subpoenas to Plaintiffs Airbnb, Inc. ("Airbnb") and HomeAway.com, Inc.  More specifically, I write to advise the Court that OSE issued a new subpoena to Airbnb, dated November 26, 2018, which is the subject of a non-disclosure order.  This subpoena relates to short-term rentals offered in a Manhattan building and the operations of those engaged in such rental activities.

                                             Respectfully submitted,

                                                       /s/

                                             Carlos Fernando Ugalde Alvarez (CU-3171)
                                             Assistant Corporation Counsel

**Via ECF**
cc:     Plaintiffs' Counsel of Record