**MANDATE**

N.Y.S.D. Case #
18-cv-7712(PAE)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand nineteen.

Airbnb, Inc., HomeAway.com, Inc.,

  Plaintiffs - Appellees,

v.

City of New York,

  Defendant - Appellant.

**ORDER**
Docket No. 19-288

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 09 2019

  The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

  The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/09/2019