UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIRBNB, INC., <br><br> Plaintiff, <br> -v- <br> CITY OF NEW YORK, <br><br> Defendant. | 18 Civ. 7712 (PAE) <br> 18 Civ. 7742 (PAE) <br><br> ORDER |
| HOMEAWAY.COM, INC., <br><br> Plaintiff, <br> -v- <br> CITY OF NEW YORK, <br><br> Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from the City of New York (the "City"), dated June 6, 2019, seeking clarification whether the Mayor's Office of Special Enforcement ("OSE") may submit for final publication in the City Record proposed rules related to the implementation of New York City Local Law No. 146 of 2018 ("Local Law 146"), Airbnb Dkt. 110, which the Court has enjoined from taking effect. The City argues that it should be permitted to publish the final rules related to Local Law 146 as such publication will clarify OSE's intended application of that law. The proposed rules explicitly provide that they would take effect only if the preliminary injunction is lifted. Airbnb Dkt. 110-1 at 9. To date, plaintiffs have not filed a letter opposing the City's request.

1

The City's unopposed request to submit for publication the final rules related to the implementation of Local Law 146 is granted. For avoidance of doubt, the Court's January 3, 2019 Order enjoining Local Law 146 taking effect pending the resolution of this litigation remains in effect.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: June 20, 2019
      New York, New York