# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AIRBNB, INC.   Plaintiff,

-against-

THE CITY OF NEW YORK  Defendant.

1:18 Civ. 07712 ( )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Carl M Szabo__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __NetChoice__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Washington DC__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 10/17/18

Respectfully Submitted,

Applicant Signature: *Carl M Szabo*
Applicant's Name: CARL M SZABO
Firm Name: _____
Address: 1401 K ST NW Suite 502
City/State/Zip: Washington, DC 20005
Telephone/Fax: 202-420-7485 / 202-331-2139
Email: CSZABO@NETCHOICE.ORG

Granted.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

08/02/2019