# KAPLAN HECKER & FINK LLP

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

Direct Dial: (212) 763-0883
Direct Email: rkaplan@kaplanhecker.com

September 23, 2019

**By ECF**

The Honorable Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        *Re:*    *Airbnb, Inc.* v. *City of New York*, No. 18-cv-7712-PAE
              *HomeAway.com, Inc.* v. *City of New York*, No. 18-cv-7742-PAE

Dear Judge Engelmayer:

      On behalf of Plaintiff Airbnb, Inc., I write to request an adjournment of the conference currently scheduled for September 27, 2019, in the above-referenced actions. I have family obligations that have arisen that day in connection with Rosh Hashanah that unfortunately make me unable to attend the conference as scheduled. Plaintiff HomeAway.com, Inc. and Defendant City of New York consent to this adjournment, and all parties would be available for a conference on October 3, 2019, following conclusion of the religious holiday.

      Pursuant to § I.E of the Court's Individual Rules and Practices in Civil Cases, Airbnb states that, although the date for a post-discovery status conference has changed by virtue of extensions of certain discovery deadlines in these actions, this is the first request to adjourn the conference set for September 27.

      Thank you for your attention to this matter.

Respectfully submitted,

Roberta A. Kaplan
*Counsel for Airbnb, Inc.*

9/23/19

cc:    Counsel of Record (via ECF)

The Court adjourns the conference to accommodate counsel's schedule. The Court invites the parties to confer and then submit a letter motion requesting a conference at one of the following times: October 7, 2019 at 11:30 a.m.; October 9, 2019 at 4 p.m; October 10, 2019 at 3 p.m. Counsels' letter is due Wednesday, September 25, 2019 at noon.
SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge