

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KAREN B. SELVIN**
Phone: (212) 356-2208
Fax: (212) 356-2019
kselvin@law.nyc.gov

November 6, 2019

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

Re:  Airbnb, Inc. v. The City of New York, 18 CV 7712 (PAE)
     HomeAway.com, Inc. v. City of New York, 18 CV 7742 (PAE)

Your Honor:

On behalf of Defendant City of New York ("City") in the above-referenced actions, and pursuant to section 1(E) of the Court's Individual Rules and Practices in Civil Cases, I write to request an extension of time of the deadline to file the parties' joint statement of stipulated facts from November 8, 2019 to November 26, 2019. This is the first request to extend the deadline to file the parties' joint statement of stipulated facts. Plaintiffs Airbnb, Inc. and HomeAway.com, Inc. do not oppose this request on the understanding that they reserve all rights to request an additional extension after reviewing the City's proposed joint statement, which will be provided to Plaintiffs on November 6, 2019. This request does not seek to adjust the remaining summary judgement briefing schedule deadlines.

Respectfully submitted,

/s/

Karen B. Selvin
Assistant Corporation Counsel

11/6/19

The request for an extension of the deadline to file the parties' joint statement of stipulated facts from November 8, 2019 to November 26, 2019 is granted. The Court does not intend to grant any extensions of remaining summary judgment briefing deadlines, which are already set on an extended schedule.
SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge