# KAPLAN HECKER & FINK LLP

Direct Dial: (212) 763-0883
Direct Email: rkaplan@kaplanhecker.com

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

November 26, 2019

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Airbnb, Inc.* v. *City of New York*, No. 18 Civ. 7712
              *HomeAway.com, Inc.* v. *City of New York*, No. 18 Civ. 7742

Dear Judge Engelmayer:

      We write on behalf of Plaintiffs Airbnb, Inc. and HomeAway.com, Inc., in the above-referenced actions in response to the Court's Order dated November 25, 2019. In that Order, the Court adjourned the deadline for the parties' joint statement of facts to December 13, 2019; extended the deadline for Defendant City of New York's motion for summary judgment by two weeks, from January 3 to January 17, 2020; and noted that it was prepared to adopt the remainder of the City's proposed briefing schedule but would defer doing so pending feedback from Plaintiffs' counsel.

      We appreciate the Court's willingness to hear from Plaintiffs regarding scheduling. Plaintiffs do not require any further extension of the briefing scheduling that the City has proposed. Accordingly, Plaintiffs have no objection to a schedule whereby Plaintiffs' opposition and cross-motions for summary judgment would be due February 14, 2020; the City's opposition and reply would be due March 6, 2020; and Plaintiffs' replies would be due March 20, 2020.

      Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Roberta A. Kaplan*

Roberta A. Kaplan

11/26/19

---

Plaintiffs' opposition and cross-motions for summary judgment are due February 14, 2020. The City's opposition and reply are due March 6, 2020. Plaintiffs' replies are due March 20, 2020

SO ORDERED.

*/s/ Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge