UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIRBNB, INC., <br><br> Plaintiff, <br> -v- <br> CITY OF NEW YORK, <br><br> Defendant. | 18 Civ. 7712 (PAE) <br> 18 Civ. 7742 (PAE) <br><br> <u>ORDER</u> |
| HOMEAWAY.COM, INC., <br><br> Plaintiff, <br> -v- <br> CITY OF NEW YORK, <br><br> Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed and approves of the parties' proposed redactions to the joint statement of undisputed facts. The Court grants permission for the parties to file the joint statement under seal and to file the redacted version on ECF.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 19, 2019
New York, New York