

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KAREN B. SELVIN**
Phone: (212) 356-2208
Fax: (212) 356-2019
kselvin@law.nyc.gov

February 13, 2020

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

Re: **Airbnb, Inc. v. The City of New York**, 18 CV 7712 (PAE)
  **HomeAway.com, Inc. v. City of New York**, 18 CV 7742 (PAE)

Your Honor:

On behalf of Defendant City of New York and Plaintiff Airbnb, Inc., we submit this joint letter motion to request a temporary stay of the above-referenced consolidated actions, as well as all associated summary judgment motion deadlines, to afford the parties an opportunity to explore a settlement that could render remaining claims moot. In light of the preliminary injunction in these actions, a temporary stay would not affect the status quo, and could avoid burdening the Court, as well as the parties, with unnecessary litigation. The undersigned intend to consider potential settlement expeditiously, and will provide a status report to the Court within thirty (30) days of the issuance of any stay, or sooner in the event that discussions prove unproductive. This is the first request to temporarily stay the above-referenced consolidated actions. Plaintiff HomeAway.com, Inc. does not oppose this request and will also consider potential settlement expeditiously. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Karen B. Selvin
Karen B. Selvin
*Counsel for City of New York*

/s/ John C. Quinn
John C. Quinn
*Counsel for Airbnb, Inc.*

2/14/2020

Granted. The above-referenced consolidated actions are temporarily stayed, and all summary judgment motion deadlines are suspended pending further order of the Court. For the avoidance of doubt, the preliminary injunction issued by the Court, *see* Dkt. 62, remains in place. The Court directs the parties to submit a joint status letter within 30 days of the issuance of this order.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge