

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KAREN B. SELVIN**
Phone: (212) 356-2208
Fax: (212) 356-2019
kselvin@law.nyc.gov

March 13, 2020

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

    Re: <u>Airbnb, Inc. v. The City of New York</u>, 18 CV 7712 (PAE)
      <u>HomeAway.com, Inc. v. City of New York</u>, 18 CV 7742 (PAE)

Your Honor:

    On behalf of Defendant City of New York ("City"), Plaintiff Airbnb, Inc. ("Airbnb"), and Plaintiff HomeAway.com, Inc. ("HomeAway"), we submit this joint status letter pursuant to the Court's order dated February 14, 2020 in the above-entitled consolidated actions. Since these actions were stayed on February 14, 2020, the parties have been engaged in productive settlement discussions, and jointly request that the current stay remain in place in order to allow these discussions to continue. The parties would agree to make a further joint update to the Court within 30 days' time. Thank you for your attention to this matter.

                Respectfully submitted,

                /s/ Karen B. Selvin
                Karen B. Selvin
                *Counsel for City of New York*

                /s/ Roberta A. Kaplan
                Roberta A. Kaplan
                *Counsel for Airbnb, Inc.*

                /s/ Kristin A. Linsley
                Kristin A. Linsley
                *Counsel for HomeAway.com, Inc.*

cc:  Counsel of Record (via ECF)