**KAPLAN HECKER & FINK LLP**

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

Direct Dial: (212) 763-0883
Direct Email: rkaplan@kaplanhecker.com

May 13, 2020

<u>Via ECF</u>

The Honorable Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:   *Airbnb, Inc.* v. *City of New York*, No. 18 Civ. 7712
> *HomeAway.com, Inc.* v. *City of New York*, No. 18 Civ. 7742

Dear Judge Engelmayer:

On behalf of Plaintiff Airbnb, Inc. ("Airbnb") and Defendant City of New York (the "City") in the above-referenced actions, we submit this joint status letter pursuant to the Court's order dated April 14, 2020.

Since these actions were stayed on February 14, 2020, the parties have continued to engage in settlement discussions. However, as Your Honor might have anticipated, the challenges presented by COVID-19 have significantly impacted the progress of discussions. As a result, Airbnb and the City jointly request that the current stay remain in place in order to allow these discussions to continue. Plaintiff HomeAway.com, Inc. agrees with this request.

We agree to make a further joint update to the Court within 30 days' time at which point we are hopeful that additional progress could be made.

Respectfully submitted,

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
*Counsel for Airbnb, Inc.*

*/s/ Kristin A. Linsley*
Kristin A. Linsley
*Counsel for HomeAway.com, Inc.*

*/s/ Karen B. Selvin*
Karen B. Selvin
*Counsel for the City of New York*

KAPLAN HECKER & FINK LLP                                                                                                                     2

cc:    Counsel of Record (via ECF)

5/13/2020

The Court grants this motion, wishes counsel well, and encourages counsel to use the next 30 days to complete the settlement process.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge