**KAPLAN HECKER & FINK LLP**

Direct Dial: (212) 763-0883
Direct Email: rkaplan@kaplanhecker.com

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

June 12, 2020

<u>**Via ECF**</u>

The Honorable Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *Airbnb, Inc.* v. *City of New York*, No. 18 Civ. 7712
          *HomeAway.com, Inc.* v. *City of New York*, No. 18 Civ. 7742

Dear Judge Engelmayer:

    On behalf of Plaintiff Airbnb, Inc. ("Airbnb") and Defendant City of New York (the "City"), we submit this joint status letter pursuant to the Court's order dated May 13, 2020.

    We are pleased to report that Airbnb and the City have reached a settlement in this action. A copy of the parties' settlement agreement is attached as an exhibit to this letter. The agreement calls for the passage within 120 days of a new local law that would amend Sections 26-2101, 26-2102, and 26-2104 of the New York City Administrative Code. Agreement §§ 1.01.1, 1.01.3. The agreement further provides that, within five days of the new local law becoming law, Airbnb and the City will stipulate to dismissal of all of Airbnb's claims in this action. *Id*. § 1.01.4. Lastly, the agreement anticipates that the preliminary injunction barring implementation of Local Law 146 will remain in effect through dismissal. *Id*. § 1.01.2.

    Accordingly, Airbnb and the City respectfully request that the current stay of the above-referenced actions be extended for 125 days or until the parties file a notice of dismissal pursuant to Federal Rule of Civil of Procedure 41(a)(1)(A)(ii), whichever is earlier. Plaintiff HomeAway.com, Inc. consents to this request.

                            Respectfully submitted,

/s/ Karen B. Selvin
Karen B. Selvin
*Counsel for the City of New York*

/s/ Roberta A. Kaplan
Roberta A. Kaplan
*Counsel for Airbnb, Inc.*

6/12/2020

Granted.  The above-captioned actions are stayed for 125 days or until the parties file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), whichever is earlier.
SO ORDERED.

        *[signature: Paul A. Engelmayer]*
        _____
        PAUL A. ENGELMAYER
        United States District Judge