UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIRBNB, INC.,

                    Plaintiff,

      v.

THE CITY OF NEW YORK,

                    Defendant.

No. 1:18-cv-7712-PAE

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Airbnb, Inc. and Defendant City of New York, by and through their undersigned counsel, hereby stipulate that this action and all claims and defenses asserted herein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: New York, New York
         July 14, 2020

| | |
|---|---|
| JAMES E. JOHNSON<br>Corporation Counsel of the City of New York<br>*Attorney for Defendant City of New York*<br><br>_____<br>Karen B. Selvin<br>Carlos Fernando Ugalde Alvarez<br>100 Church Street, Rm. 5-143<br>New York, New York  10007<br>(212) 356-2208<br>kselvin@law.nyc.gov<br>cugalde@law.nyc.gov | KAPLAN HECKER & FINK LLP<br>*Attorneys for Plaintiff Airbnb, Inc.*<br><br>_____<br>Roberta A. Kaplan<br>John C. Quinn<br>350 Fifth Avenue, Suite 7110<br>New York, New York 10118<br>(212) 763-0883<br>rkaplan@kaplanhecker.com<br>jquinn@kaplanhecker.com |